IN RE CERTIFICATION OF ISSUES: SSD DISTRIBUTION SYSTEM, INC., PETITIONER, *v.* GENERAL MOTORS CORPORATION, RESPONDENT.

[Cite as SSD Distribution System, Inc. *v.* General Motors Corp. (1989), 43 Ohio St. 3d 173.]

(No. 88-2193—Submitted April 4, 1989—Decided June 14, 1989.)

On authority of *Cincinnati Bell Tel. Co.* v. *Straley* (1988), 40 Ohio St. 3d 372, 533 N.E. 2d 764, we hold that an employer may not recover damages against a third party whose negligence caused an employee's injury absent a legal relationship based upon contract or warranty between the employer and the third party.

We decline to exercise our discretion under Rule XVI to address questions one and two at this time, absent a showing that there is a need to do so.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., dissents.

HOLMES, J., not participating.

WRIGHT, J., dissenting. I dissent for the reasons given in Justice Holmes' dissenting opinion in *Cincinnati Bell Tel. Co.* v. *Straley* (1988), 40 Ohio St. 3d 372, 382-384, 533 N.E. 2d 764, 773-775.